LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATASHA D. DUNBAR,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | No. CV 18-5157 SP<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND NINE-HUNDRED NINE DOLLARS AND 20/100 ($3,909.20) subject to the terms of the stipulation.

DATE: October 25, 2019     _/s/_____

           HON. SHERI PYM,
           UNITED STATES MAGISTRATE JUDGE